The Honorable James Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE ESTATE OF GORDON ("CASEY") POWELL, by and through its personal representative, STEPHANIE POWELL LEISURE; and GORDON CLAY POWELL, SR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GARY BARNES, an individual, BREEANN CARAWAY, an individual, KERI WALTERS, an individual, JEREMY SEELEY, an individual, TOM TALBOT, an individual, KEVIN BROWNE, an individual, ANDREW HERBERT, an individual, CAMERON JOHNSON, an individual, KELSEY MEYER, an individual, ARTHUR DAVIS, an individual, ADAM DEAL, an individual, DONETTE ROTTA, an individual, and JOHN DOES 1-XX, individuals, and JANE DOES 1-XX, individuals,<br><br>Defendants. | NO. 2:16-cv-00352-JLR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 6/15/2017 |

IT IS HEREBY STIPULATED by the Plaintiffs and Defendants, by and through their respective counsels of record, that the above-referenced matter may, and should be, DISMISSED,

STIPULATED MOTION AND ORDER OF DISMISSAL
(C16-00352JLR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1  in its entirety, with prejudice, and without an award of fees and costs to any party, and, pursuant to
2  LCR 7(d)(1) and LCR 10(g), request the Court enter an Order to that effect.
3      DATED this 15th day of June, 2017.

| | |
|---|---|
| BUDGE & HEIPT, PLLC | ROBERT W. FERGUSON<br>Attorney General |
| By: s/ Edwin S. Budge<br>By: s/ Erik J. Heipt<br>Edwin S. Budge, WSBA# 24182<br>Erik J. Heipt, WSBA# 28113<br>705 Second Ave, Ste 910<br>Seattle, WA 98104<br>Tel: (206) 624-3060<br>Fax:<br>E-mail: ed@budgeandheipt.com<br>E-mail: erik@budgeandheipt.com<br>Attorneys for Plaintiffs | By: s/ Deborah A. Severson<br>By: s/ Gauri S. Locker<br>Deborah Severson, WSBA# 35603<br>Gauri Shrotiya Locker, WSBA# 39022<br>Assistants Attorney General<br>Attorney General of Washington<br>800 Fifth Ave. Suite 2000<br>Seattle, WA 98104<br>Tel: (206) 389-2033<br>Fax: (206) 587-4229<br>E-mail: deborahs1@atg.wa.gov<br>E-mail: gauril@atg.wa.gov<br>Attorneys for Defendants Barnes, Caraway, Walters, Seeley, Talbot, Browne, Herbert, Johnson, and Meyer |
| | ROBERT W. FERGUSON<br>Attorney General<br><br>By: s/ Scott M. Barbara<br>Scott M. Barbara, WSBA #20885<br>Assistant Attorney General<br>Attorney General of Washington<br>800 Fifth Ave. Suite 2000<br>Seattle, WA 98104<br>Tel: (206) 389-2033<br>Fax: (206) 587-4229<br>E-mail: scottb2@atg.wa.gov<br>Attorneys for Defendants Davis, Deal and Rotta |

STIPULATED MOTION AND ORDER
OF DISMISSAL
(C16-00352JLR)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1
2  **ORDER**

   IT IS SO ORDERED.

3  DATED this 19th day of June, 2017.

4
5
              _____
6             HONORABLE JAMES ROBART
              United State District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# DECLARATION OF SERVICE

I hereby declare that on this 15th day of June, 2017, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing to the following parties:

| | |
|---|---|
| Edwin S. Budge: | ed@budgeandheipt.com |
| Erik J. Heipt: | erik@budgeandheipt.com |
| Deborah A. Severson: | deborahs1@atg.wa.gov |
| Gauri Shrotiya Locker: | gauril@atg.wa.gov |

I declare under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

DATED this 15th day of June, 2017 at Seattle, Washington.

*s/Valerie Tucker*
Valerie Tucker, Legal Assistant
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
Tel: 206-464-7352
Fax: 206-587-4229
Email: Valeriet@atg.wa.gov

STIPULATED MOTION AND ORDER
OF DISMISSAL
(C16-00352JLR)

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352